IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

vs.

No: Criminal No: 15-77

TIMOTHY PAUL BROWN, JR.,

Defendant.

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

Filed on behalf of Defendant:
Timothy Paul Brown, Jr.

Counsel of Record for this Party:

Michael J. DeRiso, Esquire
PA I.D. # 76555

DeRiso DeRiso & Suher
1801 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219

(412) 765-1100

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

vs.   No: Criminal No: 15-77

TIMOTHY PAUL BROWN, JR.,

    Defendant.

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW, comes the Defendant, Timothy Paul Brown, Jr., by and through his attorney, Michael J. DeRiso, Esquire, and submits the following position with respect to sentencing factors.

1.    The Defendant has no objections, additions or modifications to the Pre-Sentence Investigation Report.

    Respectfully submitted,

    /s/ Michael J. DeRiso
    Michael J. DeRiso, Esquire
    Attorney for Defendant